Attorney No. 48433

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| BRIDGEVIEW BANK GROUP, an Illinois banking corporation,<br>        *Plaintiff*,<br><br>v.<br><br>BAY GROUP HEALTH CARE, LLC, an Illinois limited liability company; NORMAN BANGALAN and MARILYN BANGALAN,<br>        *Defendants*. | Case No. 13 L 050131<br><br>Judge Alexander P. White |

## AFFIDAVIT OF MARCO A. BERRIOS

Marco A. Berrios deposes and states pursuant to 735 ILCS 5/1-109:

1. I am a law clerk employed by Schwartz & Kanyock LLC.

2. I searched on Google for Ginsberg Jacobs LLC's professional website.

3. I located and visited the website of Ginsberg Jacobs LLC at http://www.ginsbergjacobs.com.

4. I located the "Our Attorneys" section of Ginsberg Jacobs LLC's website at http://www.ginsbergjacobs.com/our-attorneys.

5. I printed out the "Our Attorneys" section of Ginsberg Jacobs LLC's website, a true and accurate copy of which is attached.

6. I located the attorney profile of Gabriel L. Mathless on Ginsberg Jacobs LLC's website at http://www.ginsbergjacobs.com/attorney/gabriel-l-mathless.

7. I printed out the attorney profile for Gabriel L. Mathless from Ginsberg Jacobs LLC's website, a true and accurate copy of which is attached.

Further Affiant saith naught.



EXHIBIT B

_____
Marco A. Berrios

Our Attorneys « Ginsberg Jacobs          Page 1 of 4



# Our Attorneys

Steven "Sonny" F. Ginsberg

sginsberg@ginsbergjacobs.com
Tel: 312.660.9614
Download vCard

Darryl P. Jacobs

djacobs@ginsbergjacobs.com
Tel: 312.660.9615
Download vCard

Ana L. Acena

aacena@ginsbergjacobs.com
Tel: 312.660.9618
Download vCard

Rolando R. Acosta (Of Counsel)

rolando@acostalawpc.com
Tel: 312.636.6937
Download vCard

Jeffrey E. Altshul

jaltshul@ginsbergjacobs.com
Tel: 312.660.9629
Download vCard

### Mark A. Biesiada

mbiesiada@ginsbergjacobs.com
Tel: 312.660.9619
Download vCard

### Frank J. Boucek

fboucek@ginsberjacobs.com
Tel: 312.660.9620
Download vCard

### Daniel C. Cole

dcole@ginsbergjacobs.com
Tel: 312.660.2205
Download vCard

### Karen Halm-Lutterodt

khalm.lutterodt@ginsbergjacobs.com
Tel: 312.660.9621
Download vCard

### Michele L. Krause

mkrause@ginsbergjacobs.com
Tel: 312.660.9617
Download vCard

### Thomas M. Lombardo

tlombardo@ginsbergjacobs.com
Tel: 312.660.2202
Download vCard

### Gabriel L. Mathless

gmathless@ginsbergjacobs.com
Tel: 312.660.9630
Download vCard

### Jennifer E. Nichols

jnichols@ginsbergjacobs.com
Tel: 312.660.2206
Download vCard

### Brian J. Pleviak

bpleviak@ginsbergjacobs.com
Tel: 312.660.9626
Download vCard

### Keara K. Roethke

kroethke@ginsbergjacobs.com
Tel: 312.660.5964
Download vCard

### Shawn K. Ronda

sronda@ginsbergjacobs.com
Tel: 312.660.9404
Download vCard

### Ari J. Rosenthal (Of Counsel)

arosenthal@ginsbergjacobs.com
Tel: 312.660.9625
Download vCard

### Joel V. Sestito

jsestito@ginsbergjacobs.com
Tel: 312.660.2201
Download vCard

### Peter L. Slaven

pslaven@ginsbergjacobs.com
Tel: 312.706.6729
Download vCard

### Tracy A. Steindel

tsteindel@ginsbergjacobs.com
Tel: 312.660.2699
Download vCard

David W. Trilling

dtrilling@ginsbergjacobs.com
Tel: 312.660.5733
Download vCard

Janet H. Winningham

jwinningham@ginsberjacobs.com
Tel: 312.660.9627
Download vCard

Matthew R. Zakaras (Of Counsel)

mzakaras@ginsbergjacobs.com
Tel: 312.660.9616
Download vCard



Ginsberg Jacobs LLC was created to provide larger, institutional clients the specialized, authoritative legal expertise they require. Our specialties include Real Estate, Finance, Corporate, Federal Tax, Tax Credits and litigation related to those practice areas.

FOLLOW US:

Scroll to Top

Attorney Advertisment. Copyright © 2013 Ginsberg Jacobs, LLC. All rights reserved. Disclaimer and Privacy Policy

Gabriel L. Mathless « Ginsberg Jacobs                                    Page 1 of 2



## OUR ATTORNEYS



## Gabriel L. Mathless

Tel: 312.660.9630
Fax: 312.660.9612
Email: gmathless@ginsbergjacobs.com
Download vCard »
LinkedIn Profile »

Gabriel is a member of the firm's litigation group, where he focuses his practice on commercial litigation and creditor's rights issues. His experience includes breach of contract disputes, corporate restructurings, and First Amendment litigation. Gabriel graduated from the University of Chicago Law School in 2011. During law school, Gabriel interned with the Institute for Justice Clinic on Entrepreneurship representing Chicago start-up companies in contract negotiations, licensing, and real

estate matters. Prior to joining Ginsberg Jacobs LLC, Gabriel worked in-house for a fortune 500 company.

Practice Areas

- Creditor's Rights
- Commercial Litigation

- Education
  Enter schools attended / degrees held
    - University of Chicago, J.D., 2011
    - University of Michigan, B.A., 2006

- Bar Admissions
  - Illinois

- Memberships
  - American Bar Association
  - Illinois Bar Association
  - Chicago Bar Association

SINGLE-ATTYS.PHP



Ginsberg Jacobs LLC was created to provide larger, institutional clients the specialized, authoritative legal expertise they require. Our specialties include Real Estate, Finance, Corporate, Federal Tax, Tax Credits and litigation related to those practice areas.

FOLLOW US:

Scroll to Top

Attorney Advertisment. Copyright © 2013 Ginsberg Jacobs, LLC. All rights reserved. Disclaimer and Privacy Policy