Order                                                                  (2/24/05) CCG 0002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

BRIDGEVIEW BANK GROUP, INC.,
        π

    v.                                          No. 13 L 50131

BAY GROUP HEALTH CARE, LLC et al,
        Δs

### ORDER

THIS CAUSE comes on for argument on Δs' Motion to Vacate Confession Judgment, ~~to~~ all parties appearing by counsel, and the Court being fully advised, IT IS HEREBY ORDERED:

① Δs' Motion (including joinder) is <u>GRANTED</u>, the Court finding that the definition of "indebtedness" in Δs' guaranties is vague and incapable of supporting a confession judgment.

② The 2/28/13 confession judgment is hereby <u>VACATED</u>.

③ All citations based on the 2/28/13 judgment are dismissed

④ Bridgeview shall file its Amended Complaint on or before December 10, 2013.

Atty. No.: 48433

Name: SCHWARTZ & KANYOCK, LLC       ENTERED:

Atty. for: NORMAN / MARILYN BANGALAN
                                     Judge Patrick J. Sherlock

Address: 33 N. DEARBORN, #2330       Dated: NOV 05 2013

City/State/Zip: CHICAGO, IL 60602    Circuit Court – 1942

Telephone: (312) 441-1040            Judge                Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Order _____ (Rev. 9/13/04) CCG 0002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

BRIDGEVIEW BANK GROUP

v.   No. 13 L 50131

BAY GROUP HEALTH CARE, LLC, et.al,
Ds

### ORDER

This matter comes before the Court. IT IS HEREBY ORDERED THAT:

This case is transferred to the Master Calendar, Room 2005.

Atty. No.: 48433
Name: SCHWARTZ & KANYOCK, LLC
Atty. for: BANGALAN Ds
Address: 33 N. DEARBORN, #2330
City/State/Zip: CHICAGO, IL 60602
Telephone: (312) 441-1040

Judge Patrick J. Sherlock

ENTERED: NOV 05 2013
Circuit Court — 1942

Judge    Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**