*257.25177*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BAY GROUP HEALTH CARE, LLD, ) <br> NORMAN BANGALAN and ) <br> MARILYN BANGALAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GINSBERG JACOBS, LLC, and ) <br> GABRIEL MATHLESS, ) <br> ) <br> Defendants. ) | Case No. 15-cv-986 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, GINSBERG JACOBS, LLC ("Ginsberg Jacobs") and GABRIEL MATHLESS ("Mathless") (collectively, "Defendants"), by and through their attorneys, TRIBLER ORPETT & MEYER, P.C., and, in moving for summary judgment in their favor and against the Plaintiffs, Bay Group Health Care, LLD, Norman Bangalan and Marilyn Bangalan (collectively, "Plaintiffs"), pursuant to FRCP 56, state as follows:

1. Plaintiffs have filed a single-count claim for legal malpractice against both Defendants.

2. Defendants hereby seek summary judgment on Plaintiffs' claims pursuant to Federal Rule of Civil Procedure 56.

3. Defendants are entitled to summary judgment for either of two independent reasons.

4. First, Defendants owed no duty of care to Plaintiffs.

5. Plaintiffs claim that there existed an attorney-client relationship between Plaintiffs and Defendants solely by virtue of the fact that Mathless executed a confession of judgment on

1

their behalf, which Plaintiffs expressly authorized "any attorney" to do on their behalf pursuant to Commercial Guaranties that they had signed.

6. Under Illinois law, no attorney-client relationship existed between Plaintiffs and either Defendant. The act of executing a confession of judgment did not create such a relationship.

7. Because there existed no attorney-client relationship between the parties, Defendants owed no duty to Plaintiff and cannot be liable for legal malpractice.

8. Second, Plaintiffs expressly waived and released any claims against Mathless and his employer, Ginsberg Jacobs, by the terms of the Commercial Guaranties that they signed.

9. The Confession of Judgment clause contained in the Commercial Guaranties clearly and unequivocally provides that each Plaintiff "waives and releases any and all claims or causes of action which Guarantor might have against any attorney acting under the terms of authority which Guarantor has granted herein arising out of or connected with the confession of judgment hereunder."

10. Because Plaintiffs' only complaint relative to Defendants relates to their actions under the terms of authority granted to them pursuant to the Confession of Judgment clause, Plaintiffs' claims are necessarily released and waived.

11. In support of their motion, Defendants respectfully refer this Court to the memorandum and the statement of undisputed material facts submitted herewith.

WHEREFORE, defendants, Ginsberg Jacobs, LLC and Gabriel Mathless pray that this Honorable Court enter summary judgment in their favor and against all Plaintiffs, and this this Court enter any other relief that this Court deems fair just.

Respectfully submitted,

TRIBLER ORPETT & MEYER, P.C.


By:    s/*Jeremy N. Boeder*
     One of the Attorneys for Defendants, Ginsberg Jacobs, LLC, and Gabriel Mathless


Harlene G. Matyas, Esq. - ARDC# 1796879
 (hgmatyas@tribler.com)
Jeremy N. Boeder, Esq. - ARDC# 6285771
 (jnboeder@tribler.com)
TRIBLER ORPETT & MEYER, P.C.
225 West Washington, Suite 2550
Chicago, Illinois 60606
Telephone: (312) 201-6400
Fax: (312) 201-6401

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **Defendants' Motion for Summary Judgment,** was served upon:

Elliot R. Schiff
Schiff Gorman, LLC
One East Wacker Drive, Ste. 1100
Chicago, IL 60601
(312) 345-7200
(312) 345-8645
eschiff@schiff-law.com

service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 2550, Chicago, IL 60606, prior to 5:00 p.m. on the 22nd day of July, 2016, with proper postage prepaid.

s/*Jeremy N. Boeder*
an Attorney

Harlene G. Matyas, Esq. - ARDC# 1796879
(hgmatyas@tribler.com)
Jeremy N. Boeder, Esq. - ARDC# 6285771
(jnboeder@tribler.com)
TRIBLER ORPETT & MEYER, P.C.
225 West Washington, Suite 2550
Chicago, Illinois 60606
Telephone: (312) 201-6400
Fax: (312) 201-6401